Alex De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Mike Goutsaliouk, Esq.
Nevada Bar No. 16542
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Pkwy.
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: mikeg@dlgteam.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIAN MICHAEL ROSENBUSCH;<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE INTERNATIONAL; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO. 2:26−cv−02027−RFB−EJY<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to FRCP 26(f) and Local Rule 26-1(b), the parties submit the following Joint Discovery Plan and Scheduling Order.

**Meeting:** Pursuant to FRCP 26(f), counsel for the Parties conferred on October 08, 2026, with Edgar Carranza, Esq. of Hutchison & Steffen, PLLC appearing on behalf of Defendant COSTCO WHOLESALE CORPORATION, and Mike Goutsaliouk, Esq. of

De Castroverde Law Group appearing on behalf of Plaintiff ADRIAN MICHAEL ROSENBUSCH.

**1.** **Special Scheduling Review Statement:** Pursuant to LR 26-1(b), the discovery plan "must state the date the first defendant answered or otherwise appeared". Plaintiff and Defendant disagree as to whether Defendant's July 6, 2026, Petition for Removal constitutes its appearance for purpose of LR 26-1(b). Rather than litigate this issue and unnecessarily clog the Court's docket, the parties have agreed to consider October 8, 2026—the day of their FRCP 26(b) conference—as the start date for all discovery deadlines to run from. The parties request the Court approve this proposal and allow October 8, 2026 to serve as the date from which all discovery deadlines run from.

**2.** **Pre-Discovery Disclosures:** Pursuant to FRCP 26(a)(1), the parties shall make their initial disclosures, including any computation of damages required by FRCP 26(a)(1)(A)(iii), on or before October 22, 2026, unless otherwise agreed by the parties or ordered by the Court.

**3.** **Areas of Discovery**: The parties agree that the areas of discovery should include, but not limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**4.** The parties further agree that Plaintiff shall serve responses to Defendant's written discovery requests on or before November 9, 2026, which is thirty (30) days after October 8, 2026, as adjusted under FRCP 6(a).

5. **Discovery Plan**: The parties propose the following discovery plan:

A. **Discovery Cut-off Date(s):** The parties agree that October 8, 2026, shall be the discovery triggering date for purposes of calculating the deadlines in this Joint Discovery Plan and Scheduling Order. Discovery shall be completed no later than April 6, 2027, which is 180 days from the agreed triggering date. The parties do not anticipate that a special scheduling review will be necessary.

B. Amending the Pleadings and Adding Parties: The parties shall have until January 6, 2027, to file any motions to amend the pleadings or to add parties. This date is ninety (90) days before the discovery cutoff date.

C. **Expert Witness Disclosures:** Disclosure of experts shall proceed according to FRCP 26(a)(2) and LR 26-1(b)(3). The parties shall disclose their experts and provide expert reports, if required, on or before February 5, 2027, which is sixty (60) days before the discovery cutoff. Rebuttal expert disclosures shall be made on or before March 8, 2027, thirty (30) days after the initial expert disclosure deadline, as adjusted under FRCP 6(a).

D. **Dispositive Motions:** The last day for filing dispositive motions, including but not limited to motions for summary judgment, shall be May 6, 2027, thirty (30) days after the close of discovery.

E. **Pretrial Order:** The Joint Pretrial Order shall be filed no later than June 7, 2027, thirty (30) days after the deadline for filing dispositive motions, with the date adjusted under FRCP 6(a). However, if dispositive motions are filed, the deadline for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a

decision on the dispositive motions or further order of the Court, as provided by LR 26-1(b)(5). Disclosures under FRCP 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

**F.** **Rule 26(a)(3) Disclosures**: The disclosures required by Rule 26(a)(3) and any objections thereto shall be included in the Pretrial Order. No changes should be made on the limitations on discovery imposed under the Federal Rules of Civil Procedure or local rules, or on the subject matters or timing of discovery. Discovery does not need to be conducted in phases.

**G.** **Alternative Dispute Resolution**: The parties certify they met and conferred regarding the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation. The parties maintain that these processes may be useful once a period of discovery has been conducted, but would not be helpful at this time.

**H.** **Alternative Forms of Case Disposition:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP 73, and the use of the Short Trial Program. This case is currently before Hon. Judge Richard F. Boulware II.

**I.** **Electronic Evidence**: There are no issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

Respectfully submitted by:

DATED October 20, 2026.

**DE CASTROVERDE LAW GROUP**

*/s/ Mike Goutsaliouk*
Mike Goutsaliouk, Esq.
Nevada Bar No. 16542
*Attorney for Plaintiff*
*Adrian Michael Rosenbusch*

DATED October 20, 2026.

**HUTCHISON & STEFFEN**

*/s/ Edgar Carranza*
Edgar Carranza, Esq.
Nevada Bar No. 5902
*Attorney for Defendant*
*Costco Wholesale Corporation*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026